FILED: December 12, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4755 (L)
(1:10-cr-00770-WDQ-2)
_____

UNITED STATES OF AMERICA

   Plaintiff - Appellee

v.

KEVIN GARCIA FUERTES, a/k/a Kerlin Esquivel-Fuentes, a/k/a Flaco

   Defendant - Appellant

_____

No. 13-4931
(1:10-cr-00770-WDQ-1)
_____

UNITED STATES OF AMERICA

   Plaintiff - Appellee

v.

GERMAN DE JESUS VENTURA, a/k/a Chino, a/k/a Chalo, a/k/a Pancho, a/k/a Chaco, a/k/a Oscar

   Defendant – Appellant

_____

O R D E R

_____

The court consolidates Case No. 13-4755 and Case No. 13-4931. Entry of appearance forms and disclosure statements filed by counsel and parties to the lead case are deemed filed in the secondary case.

            For the Court--By Direction

            <u>/s/ Patricia S. Connor, Clerk</u>