IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | No. 13-4755 (L) |
| | * | |
| KEVIN FUERTES, ET AL. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**MOTION TO EXTEND TIME FOR BRIEFING**

      Comes now Appellant herein, Kevin Fuertes, by and through his counsel, Michael D. Montemarano, Esq., and Michael D. Montemarano, P.A., as appointed counsel pursuant to the CJA, and does move for the extension of the time for the briefing of this matter, and in support thereof does state:

      1.     The Joint Brief of Appellants and Joint Appendix are due on April 24, 2014, per the current briefing order.

      2.     Counsel for Appellants have begun review of the approximately 2200-plus pages of transcript of trial and sentencing. Appellate counsel for Mr. Ventura was not trial counsel, and he therefore has no "fund of knowledge" relative to this matter.

      3.     Accordingly, appellate counsel have yet to determine which issues have particular merit, and therefore has not identified the materials for inclusion in the JA. Counsel for Appellee therefore has not been able to identify the materials for inclusion in response to Appellants' designations. As this has not yet taken place, additional time will be required to permit counsel for the parties to make these initial determinations.

      4.     Appellants are serving a sentences of 20 and 35 years, meaning that this necessarily is an appeal of considerable import.

5. Counsel for Appellant therefore requests that the time for briefing be extended, and the due date of the Brief of Appellant be rescheduled to no earlier than May 30, 2014.

6. Counsel for Appellant is authorized to state that counsel for Appellee, Assistant United States Attorney Michael Cunningham, does not object to this request.

Respectfully submitted,

/s/
MICHAEL D. MONTEMARANO

Michael D. Montemarano, P.A.
10630 Little Patuxent Parkway
Suite 146
Columbia, Maryland  21044
(410) 992-0067/Fax 992-6915
Counsel of Record/CJA Counsel
    For Appellant Fuertes
Lead Appellate Counsel

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on or before this 21st day of April, 2014, a copy of the foregoing Motion to Extend Time for Briefing was served via CM/ECF and direct email, to Michael Cunningham, Esq., Assistant United States Attorney, 36 South Charles Street, Suite 400, Baltimore, MD 21201, counsel for Appellee.

/s/
MICHAEL D. MONTEMARANO

2